IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TROY M. HILL,**

   *Plaintiff,*

v.                                          **Case No.: 4:24cv152-MW/MJF**

**WALT MCNEIL, et al.,**

   *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 24, is **accepted and adopted** as this Court's opinion. Plaintiff's claims against Dr. Matthew Davis are **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 4(m). This case is returned to the Magistrate Judge for further proceedings.

**SO ORDERED on November 26, 2024.**

                              s/Mark E. Walker
                              **Chief United States District Judge**