IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TROY HILL,

    *Plaintiff*,

v.                                                                    Case No.: 4:24cv152-MW/MJF

WALT MCNEIL, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING IN PART AND REJECTING IN PART REPORT AND RECOMMENDATION

    This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 26, and has also reviewed *de novo* Plaintiff's objections, ECF No. 27. Plaintiff objects only to those portions of the report and recommendation that concern the individual-capacity claims against Defendants Barkley and Nelson, which this Court will address below. As for the balance of the report and recommendation, this Court agrees that Plaintiff has failed to state official-capacity claims against the Defendants, that Plaintiff has failed to state individual-capacity claims against Defendants McNeil, Hayden, and Nixon, and that these claims are due to be dismissed.

    As for Plaintiff's individual-capacity claims against Defendants Barkley and Nelson, this Court respectfully disagrees with the Magistrate Judge's recommendation to dismiss these claims as well. Having reviewed Plaintiff's factual

allegations in the light most favorable to him concerning Barkley's and Nelson's unexplained, months-long delay in coordinating further treatment or a timely referral for medical care for Plaintiff's spinal tumor, this Court concludes that Plaintiff has alleged sufficient facts demonstrating that these Defendants were deliberately indifferent to his serious medical need inasmuch as they were aware of his serious medical need but, without explanation, failed to make timely arrangements for further evaluation and medical treatment. *See Alsobrook v. Alvarado*, 477 F. App'x 710, 712–13 (11th Cir. 2012) (affirming denial of motion to dismiss claims of deliberate indifference based on delay in treatment and discussing fact-intensive inquiry concerning cases of delay in treatment).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 26, is **accepted in part and rejected in part.** The motions to dismiss, ECF Nos. 3 and 19, are **GRANTED in part** and **DENIED in part**. The motions are granted as to Plaintiff's official-capacity claims and his individual-capacity claims against Defendants McNeil, Hayden, and Nixon—Counts Two, Five, and Six are **DISMISSED for failure to state a claim**. The motions are otherwise denied as to Plaintiff's individual-capacity claims—Counts One and Four—against Defendants Barkley and Nelson. This

matter is referred to the Magistrate Judge for further proceedings consistent with this Order.

**SO ORDERED on January 6, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
